
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KATHERINE BOATMAN

    Plaintiff,

v.                                       No. 3:11-cv-00046-JMM

FACILITIES PERFORMANCE GROUP, LLC,

    Defendant.

## PROPOSED ORDER GRANTING UNOPPOSED MOTION OF FACILITIES PERFORMANCE GROUP, LLC TO STAY DISCOVERY AND RULE 26 OBLIGATIONS

This matter comes before the Court upon the Motion of Defendant Facilities Performance Group, LLC's Unopposed Motion to Stay Discovery and Rule 26 Obligations (DE #7).

It appearing to the Court that counsel for Plaintiff does not oppose the Motion and that the Motion should be granted for good cause shown,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that discovery in this matter and the parties' Rule 26 obligations are stayed pending the resolution of Defendant Facilities Performance Group, LLC's Motion for Judgment on the Pleadings (DE #6).

This the 18th day of May, 2011.

*[signature]*
U.S. DISTRICT COURT JUDGE JAMES M. MOODY