IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KATHERINE BOATMAN                                                    PLAINTIFF

V.                            3:11CV00046 JMM

FACILITIES PERFORMANCE GROUP, LLC                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed.

IT IS SO ORDERED this 15th day of November, 2011.

James M. Moody
United States District Judge